ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ (134781)
JEFFREY D. LIGHT (159515)
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com
jaya@rgrdlaw.com
jkearns@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GENOPTIX, INC., et al.,<br><br>                    Defendants. | Master File No.<br>  3:10-cv-02502-CAB-DHB<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:  June 20, 2014<br>TIME:  3:00 p.m.<br>CTRM:  4C, The Honorable Cathy Ann Bencivengo |

940175_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 20, 2014, at 3:00 p.m., in the Courtroom of the Honorable Cathy Ann Bencivengo, United States District Judge for the Southern District of California at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California, Lead Plaintiff will and hereby move for orders: (1) finally approving the settlement as set forth in the Stipulation of Settlement dated February 10, 2014 ("Stipulation") and dismissing the litigation with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses. Lead Plaintiff's motion is based upon the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Stipulation, all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing on Lead Plaintiff's motion.

DATED: May 8, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ
JEFFREY D. LIGHT
JULIE A. KEARNS

s/ X. Jay Alvarez
X. JAY ALVAREZ

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

| | |
|---|---|
| 1 | |
| 2 | VANOVERBEKE MICHAUD |
| | & TIMMONY, P.C. |
| 3 | MICHAEL J. VANOVERBEKE |
| | THOMAS C. MICHAUD |
| 4 | 79 Alfred Street |
| | Detroit, MI  48201 |
| 5 | Telephone:  313/578-1200 |
| | 313/578-1201 (fax) |
| 6 | Additional Counsel for Lead Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2014.

    s/ X. Jay Alvarez
    X. JAY ALVAREZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  JayA@rgrdlaw.com

# Mailing Information for a Case  3:10-cv-02502-CAB-DHB Construction Workers Pension Trust Fund v. Genoptix, Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter M Adams**
  padams@cooley.com,cdeatrick@cooley.com,smiyajima@cooley.com,maraujo@cooley.com

- **Xavier Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com

- **William E Grauer**
  wgrauer@cooley.com,hannummc@cooley.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mary Kathryn Kelley**
  mkkelley@cooley.com,msalas@cooley.com

- **Rosemary Farrales Luzon**
  rluzon@sfmslaw.com,pleadings@sfmslaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Erik David Peterson**
  epeterson@ktmc.com,yjayasuriya@ktmc.com,knguyen@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **David C Walton**
  davew@rgrdlaw.com,hdemag@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`